### Robson & Allen v. Martha Shelton & Husband.

Where a suit was instituted on the obligation of a married woman, and after the joinder of issue a peremptory exception was filed to the petition, on the ground that it was not alleged that the defendant was separate in property from her husband, or that the obligation enured to her separate benefit—Held: That the exception was properly sustained.

APPEAL from the District Court of the Parish of Morehouse, Richardson, J. McGuire & Ray, for plaintiffs and appellants. S. G. Parsons, for defendants.

Buchanan, J. This is a suit upon a draft drawn by the defendant, a married woman, upon a third party, in favor of plaintiffs, which was protested for non-acceptance.

Defendant, after answering to the merits, filed the peremptory exception, that plaintiffs had not alleged in their petition, that the defendant is separate in property from her husband, or that the consideration of the draft sued upon enured to her separate benefit.

This exception was properly sustained by the District Court. The petition, in a suit of this kind, must state a case of legal obligation on the wife to pay the debt claimed. *Dubose* v. *Hall*, 7 An. 568; C. P. 118; C. C. 2364, 2409.

Judgment affirmed, with costs.